HIRAM W. WHITMAN, Respondent, *v.* NEW YORK CONDENSED MILK COMPANY, Appellant.

(Argued April 29, 1884 ; decided May 6, 1884.)

*William M. Bruce* for motion.

*Charles C. Smith* opposed.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

WILLIAM L. ELLIS, Respondent, *v.* THE PHENIX NATIONAL BANK, Appellant.

(Argued April 30, 1884; decided May 9, 1884.)

*Flamen B. Candler* for appellant.

*Frederick H. Man* for respondent.

*Per Curiam.* Mem. for affirmance.
All concur.
Judgment affirmed.

---

STEPHEN H. POWERS et al., Respondents, *v.* GEORGE BENEDICT, late Sheriff, etc., Appellant.

(Argued April 30, 1884 ; decided May 9, 1884.)

*Edwin H. Risley* for appellant.

*William Kernan* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.